**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

eMAG SOLUTIONS LLC,

    Plaintiff,

    v.

TODA KOGYO CORPORATION, et al.,

    Defendants.

_____/

No. C 02-1611 PJH

**ORDER**

    The court is in receipt of a letter dated December 15, 2005, from counsel for plaintiff eMag Solutions LLC, advising the court of plaintiff's intent to notice a motion for certification of a settlement class and a motion for preliminary approval of a partial class action settlement, to be heard on February 8, 2006. The defendants involved in this settlement are Ishigara Sangyo Kaisha, Ltd.; ISK Americas, Inc.; ISK Magnetic Inc.; and Ishihara Corporation USA ("the ISK defendants").

    With regard to the proposed motion for preliminary approval of settlement, the court requests that plaintiff include some discussion of whether approval of a partial class action settlement will be in the interests of judicial economy, in view of the fact that an additional motion or motions for approval of a partial class action settlement may be necessary with regard to the remaining defendants, with the attendant hearings and the requirement of notice

to the class.

In addition, because plaintiff's assertions of antitrust liability are based in on a theory of conspiracy involving all the defendants, the court will require that the non-ISK defendants be permitted to file oppositions to any of the proposed provisions for partial class action settlement.

**IT IS SO ORDERED.**

Dated:  December 16, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge