Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Daniel E. Barenbaum (State Bar No. 209261)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Individual and Representative Plaintiffs
eMag Solutions LLC, eMag Solutions Limited, Greencorp
Magnetics Pty Ltd., and Delta Magnetics, S.A. de C.V. and
Individual Plaintiff Cintas VAC, S.A. de C.V.

FILED

AUG 16 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eMAG SOLUTIONS LLC, eMAG SOLUTIONS LIMITED, GREENCORP MAGNETICS PTY LTD., and DELTA MAGNETICS, S.A. de C.V., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TODA KOGYO CORPORATION; TODA AMERICA, INC.; SAKAI CHEMICAL INDUSTRY CO., LTD.; SAKAI TRADING CO., LTD.; SAKAI TRADING NEW YORK, INC.; TITAN KOGYO KABUSHIKI KAISHA; ISHIHARA SANGYO KAISHA, LTD.; ISK AMERICAS INCORPORATED; ISK MAGNETICS, INC.; and ISHIHARA CORPORATION (USA),<br><br>Defendants. | No. C-02-1611 (PJH)<br><br>**CORRECTED [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL OF THE ISK DEFENDANTS**<br><br>Judge: The Honorable Phyllis J. Hamilton |
| CINTAS VAC, S.A. de C.V.<br><br>Plaintiff,<br><br>v.<br><br>TODA KOGYO CORPORATION; TODA AMERICA, INC.; SAKAI CHEMICAL INDUSTRY CO., LTD.; SAKAI TRADING CO., LTD.; SAKAI TRADING NEW YORK, INC.; TITAN KOGYO KABUSHIKI KAISHA;; ISHIHARA SANGYO KAISHA, LTD.; ISK AMERICAS INCORPORATED; ISK MAGNETICS, INC.; and ISHIHARA CORPORATION (USA),<br><br>Defendants. | |

This matter comes before the Court to determine whether there is any reason why this Court should not approve the settlement set forth in the Settlement Agreement and Release made as of October 12, 2005 ("Agreement"), relating to the above-captioned between eMag Solutions LLC, eMag Solutions Limited, Greencorp Magnetics Pty Ltd. and Delta Magnetics, S.A. de C.V. on behalf of themselves and the class they represent, and individual plaintiff Cintas VAC, S.A. de C.V. ("Cintas VAC") (collectively the "Plaintiffs"), on the one hand, and Defendants Ishihara Sangyo Kaisha, Ltd., ISK Magnetics, Inc., ISK Americas, Incorporated, and Ishihara Corporation (USA), on the other hand.

The Court, after consideration of the memoranda, supporting documents, and arguments of counsel, and otherwise being fully informed, has determined: 1) that the Agreement should be approved; and 2) that there is no just reason for delay of the entry of the Final Judgment. Accordingly, the Court directs entry of Judgment which shall constitute a final adjudication of the class actions as to the parties to the Settlement Agreement. Good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. For purposes of this Order, except as set forth herein, the Court adopts and incorporates the definitions in the Agreement.

2. The Court hereby finds that mailing of the Notice of Settlement in the manner provided in the Order Preliminarily Approving Class Action Settlement ("Preliminary Approval Order"), fully and accurately informed direct purchasers of MIO of all material elements of the proposed settlement, constitutes the best notice practicable under the circumstances, constitutes valid due and sufficient notice to all Settlement Class Members, and complies fully with the requirements of federal law and the United States Constitution.

3. The Court hereby fully approves the settlement as set forth in the Agreement as fair, reasonable, and adequate in all respects pursuant to Federal Rule of Civil Procedure 23 and all other applicable laws, and orders the parties to consummate the Agreement in accordance with its terms.

4. The Court hereby decrees that the Settlement Class consists of:

> All persons, firms, corporations, partnerships, or other business entities who purchased MIO in American Commerce, directly from the Defendants or their co-conspirators, or any subsidiary or affiliate thereof, during the period from January 1, 1991 to October 12, 2005, and all United States persons, firms, corporations, partnerships, or other business entities who purchased MIO in American Commerce or in Purely Foreign Commerce, directly from the defendants or their co-conspirators, or any subsidiary or affiliate thereof, during the period from January 1, 1991 to October 12, 2005. The Class does not include the Defendants, their parents, subsidiaries and affiliates, other manufacturers of MIO and governmental entities.

5. No Settlement Class Member requested exclusion from the Settlement Class.

6. No Settlement Class Member objected to the Settlement.

7. The Court hereby decrees that neither this Final Judgment nor the Agreement shall constitute an admission by Ishihara Sangyo Kaisha, Ltd., ISK Magnetics, Inc., ISK Americas, Incorporated, and Ishihara Corporation (USA) of any liability or wrongdoing whatsoever.

8. The Court hereby dismisses, on the merits and with prejudice, all causes of action against Ishihara Sangyo Kaisha, Ltd., ISK Magnetics, Inc., ISK Americas, Incorporated, and Ishihara Corporation (USA) ("Released Parties") filed in the Actions, as listed in the Agreement.

9. The Court hereby dismisses, on the merits and with prejudice, all causes of action against Cintas VAC, filed in the Counterclaim, as listed in the Agreement.

10. The Court hereby decrees that all members of the Settlement Class are conclusively deemed to have released and forever discharged Released Parties from all Released Claims, and forever enjoins and bars all Settlement Class Members from asserting, instituting, or prosecuting any Released Claim in any United States court, tribunal, or governmental agency.

11. The Court hereby decrees that the Released Parties are conclusively deemed to have released and forever discharged the Counterclaim against Cintas VAC.

12. Without affecting the finality of this Final Judgment, the Court hereby reserves exclusive and continuing jurisdiction over this action, the Plaintiffs, Settlement Class Members, Plaintiffs' counsel, Ishihara Sangyo Kaisha, Ltd., ISK Magnetics, Inc., ISK Americas, Incorporated, and Ishihara Corporation (USA), and their counsel for the purpose of, among other things, supervising the implementation, enforcement, construction, and interpretation of the Agreement, the Preliminary Order, and this Final Judgment.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: 8/16/06

The Honorable Phyllis J. Hamilton
United States District Judge