Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Peter E. Leckman (State Bar No. 235721)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Individual and Representative Plaintiffs eMag Solutions LLC, eMag Solutions Limited, Greencorp Magnetics Pty, Ltd., and Delta Magnetics, S.A. de C.V., and Individual Plaintiff Cintas VAC, S.A. de C.V.

FILED

AUG 16 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eMAG SOLUTIONS LLC, eMAG SOLUTIONS LIMITED, GREENCORP MAGNETICS PTY LTD., and DELTA MAGNETICS, S.A. de C.V., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendants. | No. C-02-1611 PJH<br><br>**CORRECTED [PROPOSED] ORDER APPROVING PLAINTIFFS' PLAN OF DISTRIBUTION OF THE PARTIAL SETTLEMENT FUND** |
| CINTAS VAC, S.A. de C.V.<br><br>Plaintiff,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendants. | |

549465.3

[PROPOSED] ORDER GRANTING PLAINTIFFS' PLAN OF DISTRIBUTION OF THE PARTIAL SETTLEMENT FUND

1   This matter comes before the Court as part of Plaintiffs' Motion for Final Approval of a
2   Class Settlement with the ISK and Sakai Defendants.
3   IT IS HEREBY ORDERED that after appropriate deductions (that is, after payment of
4   the expense of Notice to the Class; the fees and costs of the Claims Administrator; attorneys'
5   fees and expenses; incentive awards to the named plaintiffs; and taxes and tax expenses relating
6   to the income earned by the Settlement Fund), the partial settlement funds shall be distributed to
7   the class as described below.
8   Distributions to members of the Settlement Class who submit valid claim forms shall be
9   determined on the basis of their total "Recognized Claim." The Recognized Claim of a member
10  of the Class shall be equal to the dollar value of all purchases by that claimant directly from the
11  Defendants of MIO from January 1, 1991 through October 12, 2005, net of returns. For purposes
12  of distribution, each claimant who files a valid Proof of Claim and Release will be entitled to
13  receive his/her pro rata share of the partial settlement fund (after deduction of any award of fees,
14  costs, expenses, incentive awards and taxes to the extent allowed by the Court), calculated by
15  dividing each Claimant's Recognized Claim by the aggregate total of all Recognized Claims
16  submitted by all Settlement Class Members who file valid Proof of Claim and Release forms.
17  This distribution shall be facilitated by a professional claims administrator, which shall provide
18  notice of the process required to submit a proper Proof of Claim and Release form to all entities
19  that have submitted contact forms as well as to all other known members of the class with known
20  addresses. The Proof of Claim and Release form shall also be posted on the website MIO-
21  Settlement.com. Notice to the class shall be provided within one month of this order, and class
22  members shall be required to submit their Proof of Claim and Release forms within three months
23  thereafter.
24
25  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
26
27  Dated: 8/16/06                               _____
                                                 The Honorable Phyllis J. Hamilton
28                                               United States District Judge

549465.3                           - 1 -           [PROPOSED] ORDER GRANTING PLAINTIFFS' PLAN OF
                                                   DISTRIBUTION OF THE PARTIAL SETTLEMENT FUND