Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Peter E. Leckman (State Bar No. 235721)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Attorneys for Individual and Representative Plaintiffs
eMag Solutions LLC, eMag Solutions Limited,
Greencorp Magnetics Pty, Ltd., and Delta Magnetics,
S.A. de C.V., and Individual Plaintiff Cintas VAC, S.A. de C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eMAG SOLUTIONS LLC, eMAG SOLUTIONS LIMITED, GREENCORP MAGNETICS PTY LTD., and DELTA MAGNETICS, S.A. de C.V., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendants. | No. C-02-1611 PJH<br><br>**[P~~ROPOS~~ED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
| CINTAS VAC, S.A. de C.V.<br><br>Plaintiff,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendants. | |

1  This matter comes before the Court on the application of Plaintiffs' Counsel for an award
2  of attorneys' fees.
3  The Court, after consideration of the briefs and arguments of counsel, and noting that no
4  opposition has been made, and otherwise being fully informed, hereby grants Plaintiffs' Counsel
5  an award of $841,389 in attorneys' fees.  In addition, the Court awards incentive fees in the
6  amount of $15,000 for eMag Solutions, LLC; $10,000 for eMag Solutions, Ltd.; $15,000 for
7  Greencorp Magnetics Pty Ltd.; and $10,000 for Delta Magnetics, S.A. de C.V.
8  Plaintiffs' counsel shall submit supplemental declarations in support of costs as well as a
9  proposed order granting Plaintiffs' request for reimbursement of half of the costs incurred to date.
10  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: 8/17/06



The Honorable Phyllis J. Hamilton

558259.1                                            - 1 -                    [PROPOSED] ORDER GRANTING PLAINTIFFS'
                                                                                     MOTION FOR ATTORNEYS' FEES