Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Peter E. Leckman (State Bar No. 235721)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Individual and Representative Plaintiffs
eMag Solutions LLC, eMag Solutions Limited,
Greencorp Magnetics Pty, Ltd., and Delta Magnetics,
S.A. de C.V., and Individual Plaintiff Cintas VAC, S.A.
de C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eMAG SOLUTIONS LLC, eMAG SOLUTIONS LIMITED, GREENCORP MAGNETICS PTY LTD., and DELTA MAGNETICS, S.A. de C.V., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendants. | No. C-02-1611 PJH<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR REIMBURSEMENT OF COSTS** |
| CINTAS VAC, S.A. de C.V.<br><br>Plaintiff,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendants. | |

562961.1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REIMBURSEMENT OF COSTS

This matter comes before the Court on the application of Plaintiffs' counsel for reimbursement of half of the costs Plaintiffs' counsel have incurred to date.

The Court, after consideration of the briefs and arguments of counsel, and noting that no opposition has been made, and otherwise being fully informed, hereby grants Plaintiffs' counsel's request for $291,944.31, as reimbursement of half of the costs Plaintiffs' counsel had incurred as of May 31, 2006.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:   9/21/06



The Honorable Phyllis J. Hamilton