UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

eMAG SOLUTIONS, LLC, et al.,

    Plaintiffs,

    v.

TODA KOGYO CORPORATION, et al.,

    Defendants.

_____/

No. C 02-1611 PJH

**ORDER**

No later than Friday, October 13, 2006, the parties remaining in the above-entitled action shall file a joint statement, setting forth their respective positions regarding the current status of the case, and advising the court whether the remaining defendants intend to file motions to dismiss for lack of personal jurisdiction, and if so, when they plan on filing such motions.

**IT IS SO ORDERED.**

Dated: October 6, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge