1  Joseph R. Saveri (State Bar No. 130064)
2  Peter E. Leckman (State Bar No. 235721)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3  Embarcadero Center West
   275 Battery Street, 30th Floor
4  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
5  Facsimile:  (415) 956-1008

6
   Attorneys for Individual and Representative Plaintiffs
7  eMAG SOLUTIONS LLC, eMAG SOLUTIONS
   LIMITED and GREENCORP MAGNETICS PTY, LTD.
8  and Individual Plaintiff CINTAS VAC, S.A. de C.V.

9  [Additional Counsel Listed on Signature Page]

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| eMAG SOLUTIONS LLC, eMAG SOLUTIONS LIMITED, GREENCORP MAGNETICS PTY LTD., and DELTA MAGNETICS, S.A. de C.V., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendants. | No. C-02-1611 PJH<br><br>[PROPOSED] **STIPULATED ORDER REGARDING JURISDICTIONAL BRIEFING AND DISCOVERY** |
| CINTAS VAC, S.A. de C.V.<br><br>Plaintiff,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendants. | |

568209.2

The Court, after consideration of Joint Status Report filed by all remaining parties to this litigation, hereby sets the following schedule:

| DATE | EVENT |
| --- | --- |
| October 27, 2006 | Any Defendant that intends to file a motion to dismiss for lack of personal jurisdiction must file such a motion by this date. |
| November 3, 2006 | Plaintiffs must serve any jurisdictional discovery related to any motions to dismiss for lack of personal jurisdiction by this date. |
| November 17, 2006 | Defendants must respond to Plaintiffs' jurisdictional discovery by this date, and must inform Plaintiffs whether or not they intend to produce responsive discovery. |
| Two Weeks From the Refusal to Produce Responsive Discovery. | Should any Defendant refuse to respond to the jurisdictional discovery referenced above or if Plaintiffs believe that a Defendant's production is inadequate, Plaintiffs shall have two weeks from such refusal or limited production to file a letter brief, not to exceed five pages, seeking an order compelling the Defendant to produce discovery. |
| Two Weeks From Plaintiffs' Letter Brief | If Plaintiffs submit a letter brief seeking to compel production of jurisdictional discovery, Defendants shall have two weeks from the date of Plaintiffs' letter brief to file their own letter brief, not to exceed five pages, in opposition to Plaintiffs' motion to compel. |
| One Month From Production or Order Denying Motion to Compel | Plaintiffs shall submit their opposition to any motion to dismiss for lack of personal jurisdiction one month from the completion of a Defendant's production of jurisdictional discovery or, if the Court denies Plaintiffs' request for discovery, one month from the Court's order. |
| Two Weeks After Plaintiffs File Their Brief Opposing A Motion to Dismiss for Lack of Personal Jurisdiction | Defendants shall submit their Reply Brief in support of their motion to dismiss for lack of personal jurisdiction two weeks after Plaintiffs submit their opposition brief. |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: Oct. 17, 2006

_____
The Honorable Phyllis J. Hamilton
United States District Judge

**APPROVED AS TO FORM:**

Dated: October 12, 2006

Joseph R. Saveri (State Bar No. 130064)
Peter E. Leckman (State Bar No. 235721)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

By: _____/s/ Joseph R. Saveri_____
Joseph R. Saveri

Joshua P. Davis (State Bar No. 193254)
LAW OFFICES OF JOSHUA P. DAVIS
437 Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223

Steven M. Tillery
KOREIN TILLERY, LLC
701 Market Street, Suite 300
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Michael J. Brickman
Kimberly S. Keevers
James C. Bradley
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29402
Telephone: (843) 727-6500

| | |
|---|---|
| | Francis O. Scarpulla (State Bar No. 41059)<br>LAW OFFICES OF<br>FRANCIS O. SCARPULLA<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 788-7210<br><br>Attorneys for Individual and Representative Plaintiffs eMAG SOLUTIONS LLC, eMAG SOLUTIONS LIMITED and GREENCORP MAGNETICS PTY, LTD. and Individual Plaintiff CINTAS VAC, S.A. de C.V. |
| Dated: October 12, 2006 | Thomas Hanrahan<br>Jennifer Ratner<br>SIDLEY AUSTIN LLP<br>555 W. 5th Street, 40th Floor<br>Los Angeles, CA  90013<br>Phone: (213) 896-6000<br>Fax: (213) 896-6600<br><br>By: */s/ Jennifer Ratner w/permission by PEL*<br>        Jennifer Ratner<br><br>Attorneys for Defendants TODA KOGYO CORPORATION and TODA AMERICA, INC. |
| Dated: October 12, 2006 | William M. Goodman<br>Raphael M. Goldman<br>TOPEL & GOODMAN<br>832 Sansome Street, 4th Floor<br>San Francisco, CA  94111<br>Phone: (415) 421-6140<br>Fax: (415) 398-5030<br><br>By: */s/ William M. Goodman w/permission by PEL*<br>        William M. Goodman<br><br>Attorneys Appearing Specially for Defendant TITAN KOGYO KABUSHIKI KAISHA |