1  Joseph R. Saveri (State Bar No. 130064)
   Eric B. Fastiff (State Bar No. 182260)
2  Daniel M. Hutchinson (State Bar No. 239458)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3  Embarcadero Center West
   275 Battery Street, 30th Floor
4  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
5  Facsimile: (415) 956-1008

6  Attorneys for Individual and Representative Plaintiffs
   eMag Solutions LLC, eMag Solutions Limited, Greencorp
7  Magnetics Pty, Ltd., and Delta Magnetics, S.A. de C.V.,
   and Individual Plaintiff Cintas VAC, S.A. de C.V.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  eMAG SOLUTIONS LLC, eMAG SOLUTIONS LIMITED, GREENCORP MAGNETICS PTY LTD., and DELTA MAGNETICS, S.A. de C.V., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>                Defendants. | No. C-02-1611 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 15(a) TO FILE FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| CINTAS VAC, S.A. de C.V.<br><br>                Plaintiff,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>                Defendants. | |

25     WHEREAS, Quantegy Recording Solutions, LLC (f/k/a Quantegy, Inc.; f/k/a Ampex

26  Recording Media Corporation) ("Quantegy") seeks to be a named-plaintiff in the above-

27  captioned litigation;

28

614681.1                          - 1 -         STIP. AND [PROPOSED] ORDER TO FILE
                                                 4TH AMEND CLASS COMPLAINT
                                                 CASE NO. C-02-1611 PJH

WHEREAS, Quantegy asserts identical claims based on substantially identical factual allegations as the existing named plaintiffs; and

WHEREAS, the amendment of the complaint does not raise any new issues different from those addressed in the Court's prior ruling, dated July 20, 2005, granting in part Defendants' motion to dismiss the complaint;

WHEREAS, the proposed Fourth Amended Consolidated Class Action Complaint differs from the operative Third Amended Consolidated Class Action Complaint only in the following respects, as reflected in a redline comparison, attached hereto as Exhibit A:

· Quantegy is added as a plaintiff to paragraphs 1, 57, 64, and 68;

· Quantegy's relevant factual allegations are added in paragraphs 12 through 16.

WHEREAS, beginning in February 2007, Plaintiffs' Counsel sought to obtain the agreement of Defendants Toda Kogyo Corporation, Toda America Inc. (collectively "Toda"), and Titan Kogyo Kabushiki Kaisha ("Titan") to agree to the amendment and filing of the Fourth Amended Complaint.

WHEREAS, on March 22, 2007, Defendants Toda Kogyo Corporation and Toda America Inc. agreed to the amendment and filing of the Fourth Amended Complaint. A copy of the Stipulation between Plaintiffs and Toda is attached hereto as Exhibit B;

WHEREAS, Plaintiffs Counsel did not seek the consent of Defendants Sakai Chemical Industry Co., Ltd.; Sakai Trading Co., Ltd.; Sakai Trading New York, Inc.; Ishihhara Sangyo Kaisha, Ltd.; ISK Americas Incorporated; ISK Magnetics, Inc.; and Ishihara Corporation (USA) because this action has been settled with respect to each of these Defendants.

WHEREAS, on April 3, 2007, Plaintiffs filed a Motion for Order Granting Leave to File Fourth Amended Consolidated Class Complaint.

Plaintiffs and Defendant Titan Kogyo Kabushiki Kaisha ("Titan"), by and through their counsel of record, stipulate and agree as follows:

1. To effectuate the addition of Quantegy as a named plaintiff while saving judicial resources, Titan agrees that Plaintiffs may file the Fourth Amended Consolidated Class Action Complaint, a copy of which is attached hereto as Exhibit C;

2.   The First Amended Complaint is deemed filed and served as of the date of this Order;

3.   Titan shall have 45 days from the Court's order granting Plaintiffs leave to amend the complaint to respond to the new allegations in the Fourth Amended Complaint;

4.   Titan waives notice and service of the Fourth Amended Complaint and shall not be required to answer the amendment, and that the motion to dismiss for lack of personal jurisdiction filed by Titan to the Third Amended Complaint shall be responsive to the Fourth Amended Complaint;

5.   By agreeing to this Stipulation, Titan does not waive its contention that Titan is not subject to personal jurisdiction in this Court.

6.   Other than as set forth in paragraph 3, this Stipulation will not affect any dates currently scheduled in this action.

The parties hereby stipulate, and request that the Court so order.

| Dated: April 18, 2007 | Respectfully submitted, |
|---|---|
| | Joseph R. Saveri (State Bar No. 130064)<br>Eric B. Fastiff (State Bar No. 182260)<br>Daniel M. Hutchinson (State Bar No. 239458)<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br><br>By:       /s/<br>     Joseph R. Saveri |
| | Joshua P. Davis (State Bar No. 193254)<br>LAW OFFICES OF JOSHUA P. DAVIS<br>437 Valley Street<br>San Francisco, CA  94131<br>Telephone: (415) 422-6223 |
| | Michael J. Brickman<br>Kimberly S. Keevers<br>James C. Bradley<br>RICHARDSON, PATRICK, WESTBROOK &<br>BRICKMAN, LLC<br>174 East Bay Street<br>Charleston, SC  29402<br>Telephone:  (843) 727-6500 |

| | |
|---|---|
| | Attorneys for Individual and Representative Plaintiffs eMag Solutions LLC, eMag Solutions Limited, Greencorp Magnetics Pty, Ltd., and Delta Magnetics, S.A. de C.V., and Individual Plaintiff Cintas VAC, S.A. de C.V. |
| Dated:  April 18, 2007 | William M. Goodman (State Bar No. 61305)<br>Tania M. Mortensen (State Bar No. 209065)<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>(formerly TOPEL & GOODMAN)<br>832 Sansome Street, 4th Floor<br>San Francisco, CA  94111<br>Telephone: (415) 421-6140<br><br>By:_____ _/s/_____<br>    Willaim M. Goodman<br><br>Attorneys Appearing Specially for Defendant Titan Kogyo Kabushiki Kaisha |

## [~~PROPOSED~~] ORDER

Pursuant to Stipulation, it is so ORDERED.

DATED:  4/20/07                           _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton, United States District Court, Northern District of California

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

DATED: April 18, 2007

By: /s/
        Daniel M. Hutchinson

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Attorneys for Individual and Representative Plaintiffs eMag Solutions LLC, eMag Solutions Limited, Greencorp Magnetics Pty, Ltd., and Delta Magnetics, S.A. de C.V., and Individual Plaintiff Cintas VAC, S.A. de C.V.