1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Harold A. Barza (Bar No. 80888)
2    halbarza@quinnemanuel.com
     Ryan S. Goldstein (Bar No. 208444)
3    ryangoldstein@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017-2543
   Telephone:   (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Attorneys for Titan Kogyo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTEGY RECORDING SOLUTIONS, LLC, eMAG SOLUTIONS LLC, eMAG SOLUTIONS LIMITED, GREENCORP MAGNETICS PTY LTD., and DELTA MAGNETICS, S.A. de C.V., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TODA KOGYO COROPRATION; TODA AMERICA, INC.; SAKAI CHEMICAL INDUSTRY CO., LTD.; SAKAI TRADING CO., LTD.; SAKAI TRADING NEW YORK, INC.; TITAN KOGYO KABUSHIKI KAISHA; ISHIHARA SANGYO KAISHA, LTD.; ISK AMERICAS INCORPORATED; ISK MAGNETICS, INC.; and ISIHARA CORPORATION (USA), <br><br> Defendants. | CASE NO. C-02-1611 PJH <br><br> DEFENDANT TITAN KOGYO'S NOTICE OF SUBSTITUTION OF COUNSEL <br><br> AND ORDER |
| CINTAS VAC, S.A. de C.V., <br><br> Plaintiff, <br><br> vs. <br><br> TODA KOGYO COROPRATION; TODA AMERICA, INC.; SAKAI CHEMICAL INDUSTRY CO., LTD.; SAKAI TRADING CO., LTD.; SAKAI TRADING NEW YORK, | |

1  INC.; TITAN KOGYO KABUSHIKI
   KAISHA; ISHIHARA SANGYO KAISHA,
2  LTD.; ISK AMERICAS INCORPORATED;
   ISK MAGNETICS, INC.; and ISIHARA
3  CORPORATION (USA),

4           Decedents.

5

6  TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

7       PLEASE TAKE NOTICE THAT Defendant Titan Kogyo hereby substitutes Harold A.

8  Barza and Ryan S. Goldstein, of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 865 South

9  Figueroa Street, 10th Floor, Los Angeles, California 90017, telephone number (213) 443-3000, as

10 attorneys of record in place of William M. Goodman of Kasowitz Benson Torres & Friedman,

11 LLP, 832 Sansome Street, Fourth Floor, San Francisco, California 94111, telephone number (415)

12 421-6140, formerly of Topel & Goodman, at the same address and telephone number. Mr. Barza

13 and Mr. Goldstein are admitted to practice before this Court.

14
15 DATED: July 12, 2007            QUINN EMANUEL URQUHART OLIVER &
                                   HEDGES, LLP
16
17                                 By: _____
                                       Ryan S. Goldstein
18                                     Attorneys for Titan Kogyo

19 WE CONSENT TO THE ABOVE SUBSTITUTION:

20 DATED: July 12, 2007            KASOWITZ BENSON TORRES & FRIEDMAN, LLP

21
22                                 By: _____
                                       William M. Goodman
23

24 IT IS SO ORDERED.

25 Dated: July 24, 2007

26                                 _____
                                   JUDGE HAMILTON
27

28

20474/2145564.1

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Case No. C-02-1611 PJH
DEFENDANT TITAN KOGYO'S NOTICE OF SUBSTITUTION OF COUNSEL

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 19, 2007, I served true copies of the following document(s) described as **DEFENDANT TITAN KOGYO'S NOTICE OF SUBSTITUTION OF COUNSEL** on the parties in this action as follows:

## SEE ATTACHED LIST

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 19, 2007, at Los Angeles, California.

*/s/ Yalonda J. Dekle*
Yalonda J. Dekle

20474/2166627.1

# SERVICE LIST

Joseph R. Saveri
Eric B. Fastiff
Daniel E. Barenbaum
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008

Steven M. Tillery
KOREIN TILLERY, LLC
701 Market Street, Suite 300
St. Louis, MO 61031
Telephone: (314) 241-4844
Fax: (314) 241-3525

Francis O. Scarpulla
LAW OFFICES OF FRANCIS O. SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 788-7210

Joshua P. Davis
LAW OFFICES OF JOSHUA P. DAVIS
437 Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223

Michael J. Brickman
Kimberly S. Keevers
James C. Bradley
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29402
Telephone: (843) 727-6500