UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

eMAG SOLUTIONS LLC, et al.,

    Plaintiffs,

v.

TODA KOGYO CORPORATION, et al.,

    Defendants.
_____/

No. C 02-1611 PJH

**ORDER**

The clerk is hereby directed to administratively terminate the motion of defendant Titan Kogyo Kabushiki Kaisha ("Titan") to dismiss for lack of personal jurisdiction (Docket No. 275).

The motion was filed almost eleven months ago, on October 27, 2006, and the parties were subsequently granted leave to conduct jurisdictional discovery in connection with the issues raised in the motion. However, to date, plaintiff has filed no opposition to the motion. In addition, when the court recently contacted counsel for Titan to inquire as to the status of the motion, he represented that Titan planned on withdrawing the motion.

The motion may be re-filed if necessary after jurisdictional discovery has been completed.

The court will conduct a case management conference in this case on Thursday, October 18, 2007, at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: September 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge