E-Filing

FILED
OCT 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Joseph R. Saveri (State Bar No. 130064)
   Eric B. Fastiff (State Bar No. 182260)
2  Daniel M. Hutchinson (State Bar No. 239458)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3  Embarcadero Center West
   275 Battery Street, 30th Floor
4  San Francisco, CA  94111-3339
   Telephone: (415) 956-1000
5  Facsimile:  (415) 956-1008

6  Attorneys for Individual and Representative Plaintiffs
   Quantegy Recording Solutions, LLC; eMag Solutions
7  LLC; eMag Solutions Limited; Greencorp Magnetics Pty
   Ltd.; Delta Magnetics, S.A. de C.V.; and Individual
8  Plaintiff Cintas VAC, S.A. de C.V

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTEGY RECORDING SOLUTIONS, LLC; eMAG SOLUTIONS LLC; eMAG SOLUTIONS LIMITED; GREENCORP MAGNETICS PTY LTD; and DELTA MAGNETICS, S.A. de C.V., on behalf of themselves and all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendant. | No. C-02-1611 PJH<br><br>**NOTICE OF WITHDRAWAL OF ROBERT G. EISLER AND PETER E. LECKMAN AS COUNSEL AND [PROPOSED] ORDER** |
| CINTAS VAC, S.A. de C.V.<br><br>Plaintiff,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendants. | |

PLEASE TAKE NOTICE THAT, pursuant to Rule 11-5(a) of the Local Rules of the United States District Court for the Northern District of California, the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP hereby withdraws Robert G. Eisler and Peter E. Leckman

1  as counsel for plaintiffs and hereby moves the Court for an Order so relieving them. Mssrs. Eisler
2  and Leckman are no longer affiliated with the law firm of Lieff, Cabraser, Heimann, & Bernstein,
3  LLP and no longer authorized to represent the Plaintiffs in this action. Lieff, Cabraser, Heimann,
4  & Bernstein, LLP continues to represent the Plaintiffs in this matter.

5  Dated: October 19, 2007                Respectfully submitted,

6                                          Joseph R. Saveri (State Bar No. 130064)
                                            Eric B. Fastiff (State Bar No. 182260)
7                                          Daniel M. Hutchinson (State Bar No. 239458)
                                            LIEFF, CABRASER, HEIMANN &
8                                          BERNSTEIN, LLP
                                            275 Battery Street, 30th Floor
9                                          San Francisco, CA 94111-3339
                                            Telephone: (415) 956-1000
10
                                            By:_____/s/_____
11                                              Daniel M. Hutchinson

12                                          Joshua P. Davis (State Bar No. 193254)
                                            LAW OFFICES OF JOSHUA P. DAVIS
13                                          437 Valley Street
                                            San Francisco, CA 94131
14                                          Telephone: (415) 422-6223

15                                          Michael J. Brickman
                                            Kimberly S. Keevers
16                                          James C. Bradley
                                            RICHARDSON, PATRICK, WESTBROOK &
17                                          BRICKMAN, LLC
                                            174 East Bay Street
18                                          Charleston, SC 29402
                                            Telephone: (843) 727-6500
19
                                            Attorneys for Individual and Representative Plaintiffs
20                                          Quantegy Recording Solutions, LLC; eMag Solutions
                                            LLC; eMag Solutions Limited; Greencorp Magnetics
21                                          Pty Ltd.; Delta Magnetics, S.A. de C.V.; and Individual
                                            Plaintiff Cintas VAC, S.A. de C.V.
22

23                          [PROPOSED] ORDER

24         It is so ORDERED.

25

26  DATED: 10/22/07                         _____
27                                          PHYLLIS J. HAMILTON,
                                            United States District Judge
28