QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Harold A. Barza (Bar No. 80888)
  halbarza@quinnemanuel.com
  Ryan S. Goldstein (Bar No. 208444)
  ryangoldstein@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Titan Kogyo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTEGY RECORDING SOLUTIONS, LLC, eMAG SOLUTIONS LLC, eMAG SOLUTIONS LIMITED, GREENCORP MAGNETICS PTY LTD., and DELTA MAGNETICS, S.A. de C.V., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>TODA KOGYO CORPORATION; TODA AMERICA, INC.; SAKAI CHEMICAL INDUSTRY CO., LTD.; SAKAI TRADING CO., LTD.; SAKAI TRADING NEW YORK, INC.; TITAN KOGYO KABUSHIKI KAISHA; ISHIHARA SANGYO KAISHA, LTD.; ISK AMERICAS INCORPORATED; ISK MAGNETICS, INC.; and ISIHARA CORPORATION (USA),<br><br>Defendants. | CASE NO. C-02-1611 PJH<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE SETTLEMENT CONFERENCE<br><br>Trial Date:   October 10, 2008<br><br>Judge:   Hon. Phyllis Hamilton<br>Magistrate: Hon. Joseph C. Spero |
| CINTAS VAC, S.A. de C.V.,<br><br>Plaintiff,<br>vs.<br><br>TODA KOGYO CORPORATION; TODA AMERICA, INC.; SAKAI CHEMICAL INDUSTRY CO., LTD.; SAKAI TRADING CO., LTD.; SAKAI TRADING NEW YORK, INC.; TITAN KOGYO KABUSHIKI KAISHA; ISHIHARA SANGYO KAISHA, LTD.; ISK AMERICAS INCORPORATED; ISK MAGNETICS, INC.; and ISIHARA CORPORATION (USA),<br><br>Defendants. | |

20474/2430135.1

WHEREAS, on October 19, 2007, the Court issued a Case Management and Pretrial Order, setting forth that a Settlement Conference occur sometime during April, May, or June of 2008, or as soon thereafter as was convenient for the assigned judge;

WHEREAS, Magistrate Judge Joseph C. Spero has noticed a Settlement Conference for the parties on April 2, 2008, at 9:30 a.m., in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102;

WHEREAS, the date set by the Court presents scheduling conflicts for the parties and with other matters in which the undersigned serve as counsel of record;

WHEREAS, a short extension to accommodate the schedules of counsel will not prejudice the parties;

WHEREAS, this is the first extension sought or agreed to by the parties; and

WHEREAS, such extension will not require any changes to other dates or deadlines already scheduled in this case;

The undersigned counsel hereby CONSENT, STIPULATE and AGREE to the following:

(1) The Settlement Conference set for April 2, 2008 shall be rescheduled to April 28, 2008 at 9:30 a.m., in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

(2) The parties' settlement conference statement shall be filed on or before 14 days prior to the date of the settlement conference.

IT IS SO STIPULATED.

DATED: March 11, 2008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Daniel Hutch
Daniel Hutchinson
Attorneys for Individual and Representative Plaintiffs Quantegy Recording Solutions, LLC; eMag Solutions LLC; and eMag Solutions Limited

DATED: March 11, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Ryan Goldstein
Attorneys for Defendant Titan Kogyo Kabushiki Kaisha

DATED: March 11, 2008

SIDLEY AUSTIN, LLP

By: _____
Thomas Hanrahan
Attorneys for Defendant Toda Kogyo Corporation and Toda America, Inc.

IT IS SO STIPULATED.

DATED: March 11, 2008         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


                              By: _____
                              Daniel Hutchinson
                              Attorneys for Individual and Representative Plaintiffs
                              Quantegy Recording Solutions, LLC; eMag Solutions
                              LLC; and eMag Solutions Limited


DATED: March 11, 2008         QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP


                              By: _Ryan Goldstein_____
                              Ryan Goldstein
                              Attorneys for Defendant Titan Kogyo Kabushiki
                              Kaisha


DATED: March 11, 2008         SIDLEY AUSTIN, LLP


                              By: _____
                              Thomas Hanrahan
                              Attorneys for Defendant Toda Kogyo Corporation and
                              Toda America, Inc.

**[Proposed] Order**

Pursuant to the parties' Stipulation, the Settlement Conference set for April 2, 2008 shall be rescheduled to April 28, 2008 at 9:30 a.m., in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties' settlement conference statement shall be filed on or before 14 days prior to the date of the settlement conference.

IT IS SO ORDERED.

DATED: March 14, 2008



_____
Hon. Joseph C. Spero
Magistrate Judge for the United States
District Court for the Northern District of California

Case No. C-02-1611 PJH
ORDER