1  Joseph R. Saveri (State Bar No. 130064)
   Eric B. Fastiff (State Bar No. 182260)
2  Daniel M. Hutchinson (State Bar No. 239458)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
4  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
5

6  Attorneys for Individual and Representative Plaintiffs
   Quantegy Recording Solutions, LLC; eMag Solutions
7  LLC; eMag Solutions Limited; Greencorp Magnetics Pty
   Ltd.; Delta Magnetics, S.A. de C.V.; and Individual
8  Plaintiff Cintas VAC, S.A. de C.V.

9  [Additional Counsel Listed on Signature Page]

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  QUANTEGY RECORDING                          Case No. C-02-1611 PJH
    SOLUTIONS, LLC; eMAG SOLUTIONS
14  LLC; eMAG SOLUTIONS LIMITED;
    GREENCORP MAGNETICS PTY LTD;
15  and DELTA MAGNETICS, S.A. de C.V.,
    on behalf of themselves and all others
16  similarly situated,,                         **STIPULATION AND [PROPOSED]
                                                 ORDER REGARDING CLASS
17                 Plaintiff,                    CERTIFICATION BRIEFING SCHEDULE**

18  v.

19  TODA KOGYO CORPORATION, et al.,

20                 Defendant.

21

22         WHEREAS, there is outstanding discovery pertaining to issues of class

23  certification;

24         WHEREAS, there are several outstanding discovery disputes some of which are

25  before Magistrate Judge Maria-Elena James;

26         WHEREAS, the parties continue to meet and confer regarding these outstanding

27  discovery issues; and

28

764320.2                             1                    STIPULATION AND [PROPOSED]
                                                          ORDER RE CLASS CERT BRIEFING SCHEDULE
                                                          CASE NO. C-02-1611 PJH

1  WHEREAS, the parties will meet with Magistrate Judge Joseph C. Spero for a further Court mandated settlement conference on June 10, 2008.

The parties hereby stipulate that the schedule for briefing on class certification shall be modified as follows: Plaintiffs' deadline for filing a motion for class certification shall be extended sixty (60) days such that Plaintiffs must submit a motion for class certification by no later than August 5, 2008; Defendants' deadline for filing an opposition to Plaintiffs' motion for class certification shall likewise be extended such that Defendants must submit their opposition by no later than October 6, 2008; and Plaintiffs shall submit their reply to Defendants' opposition by no later than October 27, 2008.

;

The parties hereby stipulate.

Dated: May 29, 2008

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Daniel M. Hutchinson (State Bar No. 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008


By:   */s/ Joseph R. Saveri*
        Joseph R. Saveri

Michael J. Brickman
Kimberly S. Keevers
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6500

| | |
|---|---|
| 1 | Joshua P. Davis (State Bar No. 193254) |
| 2 | LAW OFFICES of JOSHUA P. DAVIS |
|   | 437A Valley Street |
| 3 | San Francisco, CA 94131 |
|   | Telephone: (415) 422-6223 |

Attorneys for Individual and Representative Plaintiffs Quantegy Recording Solutions, LLC; eMag Solutions LLC; eMag Solutions Limited; Greencorp Magnetics Pty Ltd.; Delta Magnetics, S.A. de C.V.; and Individual Plaintiff Cintas VAC, S.A. de C.V.

Dated:  May 29, 2008

Thomas Hanrahan
Jennifer Ratner
SIDLEY, AUSTIN, BROWN & WOOD
555 W. 5th Street, 40th Floor
Los Angeles, CA  90013
Telephone: (213) 896-6000
Fax: (213) 896-6600


By:  */s/ Jennifer Ratner*
     Jennifer Ratner

Attorneys for Defendants
Toda Kogyo Corporation; Toda America, Inc.

**IT IS SO ORDERED.**

IT IS SO ORDERED
Judge Phyllis J. Hamilton