United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUANTEGY RECORDING SOLUTIONS, LLC, et al.,

        Plaintiffs,

        v.

TODA KOGYO CORPORATION, et al.,

        Defendants.

_____/

No. C 02-1611 PJH

**ORDER VACATING HEARING DATE**

        On May 28, 2008, plaintiffs filed a motion seeking certification of a settlement class and preliminary approval of a proposed partial class action settlement with defendant Titan Kogyo Kabushiki Kaisha.  The hearing was noticed for July 2, 2008.  On June 11, 2008, the clerk for Magistrate Judge Joseph C. Spero filed a minute order indicating that plaintiffs and defendants Toda Kogyo Corporation and Toda America, Inc. (the only remaining defendants) had settled "in principle."

        Because the court considers that a single hearing on the motions for preliminary approval of these two settlements, and a single hearing on the motions for final approval of the settlements and approval of requests for attorneys' fees and costs, would be more advantageous to the class and to the court than two sets of hearings, the court hereby

1  VACATES the July 2, 2008 date for the hearing on the Titan settlement.  Plaintiffs may
2  renotice the motion for the date they set for the hearing on the motion for preliminary
3  approval of the Toda settlement.

5  **IT IS SO ORDERED.**
6  Dated:  June 20, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge