Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Daniel M. Hutchinson (State Bar No. 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Individual and Representative Plaintiffs Quantegy Recording Solutions, LLC; eMag Solutions LLC; eMag Solutions Limited; Greencorp Magnetics Pty Ltd.; Delta Magnetics, S.A. de C.V.; and Individual Plaintiff Cintas VAC, S.A. de C.V.

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTEGY RECORDING SOLUTIONS, LLC; eMAG SOLUTIONS LLC; eMAG SOLUTIONS LIMITED; GREENCORP MAGNETICS PTY LTD; and DELTA MAGNETICS, S.A. de C.V., on behalf of themselves and all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>TODA KOGYO CORPORATION, et al.,<br><br>Defendant. | Case No. C-02-1611 PJH<br><br>**MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR AN ORDER ENJOINING TODA KOGYO CORPORATION AND TODA AMERICA, INC. FROM FURTHER CONTACTING CLASS MEMBERS** |

After Plaintiffs filed their Motion for an Order Enjoining Toda Kogyo Corporation and Toda America, Inc., from further Contacting Class Members (Dkt. # 319) on June 9, 2008, the parties subsequently reached a settlement in principle.  On July 8, 2008, Plaintiffs submitted a Motion for an Order Granting Preliminary Approval of Class Action Settlements with Titan Kogyo Kabushiki Kaisha; Toda Kogyo Corporation; and Toda America, Inc.  Plaintiffs therefore respectfully withdraw their Motion.

| | |
|---|---|
| Dated: July 13, 2008 | Joseph R. Saveri (State Bar No. 130064)<br>Eric B. Fastiff (State Bar No. 182260)<br>Daniel M. Hutchinson (State Bar No. 239458)<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br><br>By:   */s/ Daniel M. Hutchinson*<br>         Daniel M. Hutchinson<br><br>Michael J. Brickman<br>Kimberly S. Keevers<br>RICHARDSON, PATRICK, WESTBROOK &<br>BRICKMAN, LLC<br>174 East Bay Street<br>Charleston, SC 29401<br>Telephone: (843) 727-6500<br><br>Joshua P. Davis (State Bar No. 193254)<br>LAW OFFICES of JOSHUA P. DAVIS<br>437A Valley Street<br>San Francisco, CA 94131<br>Telephone: (415) 422-6223<br><br>Attorneys for Individual and Representative Plaintiffs Quantegy Recording Solutions, LLC; eMag Solutions LLC; eMag Solutions Limited; Greencorp Magnetics Pty Ltd.; Delta Magnetics, S.A. de C.V.; and Individual Plaintiff Cintas VAC, S.A. de C.V. |
| 7/15/08 | IT IS SO ORDERED<br>[signature]<br>Judge Phyllis J. Hamilton<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |