1  Joseph R. Saveri (State Bar No. 130064)
   Daniel M. Hutchinson (State Bar No. 239458)
2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
3  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
4  Facsimile:  (415) 956-1008

5

   Attorneys for Individual and Representative Plaintiffs
6  Quantegy Recording Solutions, LLC; eMag Solutions
   LLC; eMag Solutions Limited; Greencorp Magnetics Pty
7  Ltd.; Delta Magnetics, S.A. de C.V.; and Individual
   Plaintiff Cintas VAC, S.A. de C.V.
8
   [Additional Counsel Listed on Signature Page]
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   QUANTEGY RECORDING SOLUTIONS, LLC;          Case No. C-02-1611 PJH (MEJ)
13 eMAG SOLUTIONS LLC; eMAG SOLUTIONS
   LIMITED; GREENCORP MAGNETICS PTY
14 LTD.; and DELTA MAGNETICS, S.A. de C.V.,
   on behalf of themselves and all others similarly
15 situated,
                                                **STIPULATION AND [PROPOSED]**
16              Plaintiffs,                     **ORDER REGARDING CLASS**
                                                **CERTIFICATION BRIEFING**
17 v.                                           **SCHEDULE**

18 TODA KOGYO CORPORATION; TODA
   AMERICA, INC.; SAKAI CHEMICAL
19 INDUSTRY CO., LTD.; SAKAI TRADING CO.,
   LTD.; SAKAI TRADING NEW YORK, INC.;
20 TITAN KOGYO KABUSHIKI KAISHA;
   ISHIHARA SANGYO KAISHA, LTD.; ISK
21 AMERICAS INCORPORATED; ISK
   MAGNETICS, INC.; and ISHIHARA
22 CORPORATION (USA),

23
                Defendants.
24

25
           WHEREAS, on May 30, 2008, pursuant to Stipulation and Order, the Court set
26
   Plaintiffs' deadline for filing a motion for class certification as no later than August 5, 2008;
27
           WHEREAS, the parties have reached settlements in principle of all Plaintiffs'
28
   claims;

   776141.1                         1             STIPULATION AND [PROPOSED]
                                                  ORDER RE CLASS CERT BRIEFING SCHEDULE
                                                  CASE NO. C-02-1611 PJH (MEJ)

1    WHEREAS, Plaintiffs promptly moved for orders granting preliminary approval of class settlements with Defendants Titan Kogyo Kabushiki Kaisha; Toda Kogyo Corporation; and Toda America, Inc.; and

WHEREAS, on July 10, 2008, the Court set the hearing on Plaintiffs' Motion for Preliminary Approval of Class Settlements for hearing on August 6, 2008 at 9:00 a.m.

The parties hereby stipulate that the deadline for Plaintiffs to file a class certification motion and all current Court deadlines for this matter shall be suspended, pending the outcome of the settlement approval proceedings, until further order of the Court.

Dated: July 30, 2008

Joseph R. Saveri (State Bar No. 130064)
Daniel M. Hutchinson (State Bar No. 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

By:    */s/ Joseph R. Saveri*
         Joseph R. Saveri

Michael J. Brickman
Kimberly S. Keevers
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6500

Joshua P. Davis (State Bar No. 193254)
LAW OFFICES of JOSHUA P. DAVIS
437A Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223

Attorneys for Individual and Representative Plaintiffs Quantegy Recording Solutions, LLC; eMag Solutions LLC; eMag Solutions Limited; Greencorp Magnetics Pty Ltd.; Delta Magnetics, S.A. de C.V.; and Individual Plaintiff Cintas VAC, S.A. de C.V.

| | |
|---|---|
| Dated: July 30, 2008 | Thomas Hanrahan (State Bar No. 110609)<br>Jennifer Ratner  (State Bar No. 205155)<br>SIDLEY, AUSTIN, BROWN & WOOD<br>555 W. 5th Street, 40th Floor<br>Los Angeles, CA  90013<br>Telephone: (213) 896-6000<br>Fax: (213) 896-6600 |
| | By:    */s/ Jennifer Ratner*<br>           Jennifer Ratner |
| | Attorneys for Defendants<br>Toda Kogyo Corporation and Toda America, Inc. |
| Dated: July 30, 2008 | Harold A. Barza (State Bar No. 80888)<br>Ryan S. Goldstein (State Bar No. 208444)<br>Justin C. Griffin (State Bar No. 234675)<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA  90017-2543<br>Telephone: (213) 443-3000 |
| | By:  */s/ Justin C. Griffin*<br>         Justin C. Griffin |
| | Attorneys for Defendant Titan Kogyo Kabushiki Kaisha |

**IT IS SO ORDERED.**

7/31/08

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Phyllis J. Hamilton]*